**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JESSICA FERGUS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

IMMUNOMEDICS, INC., CYNTHIA L. SULLIVAN, PETER P. PFREUNDSCHUH AND DAVID GOLDBERG,

*Defendants.*

Civil No.: 16-cv-3335 (KSH) (CLW)

**ORDER**

THIS MATTER having come before the Court on the motion (D.E. 37) of defendants to dismiss the second amended consolidated complaint, and the Court having considered the parties' submissions; for the reasons set forth in the opinion filed herewith,

**IT IS,** on this 1st day of June, 2020,

**ORDERED** that the defendants' motion (D.E. 37) is DENIED.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.