UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA FERGUS, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>IMMUNOMEDICS, INC., CYNTHIA L. SULLIVAN, PETER P. PFREUNDSCHUH and DAVID GOLDENBERG,<br><br>         Defendants. | Civil Action No. 2:16-cv-03335-KSH-CLW<br><br>(Document Filed Electronically)<br><br>**CLASS ACTION**<br><br>Motion Day: January 19, 2023 |

**NOTICE OF MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| **LITE DEPALMA GREENBERG<br>  & AFANADOR, LLC**<br>Bruce D. Greenberg<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Telephone: (973) 623-3000<br>Facsimile:  (973) 623-0858<br>bgreenberg@litedepalma.com<br><br>*Liaison Counsel for the Class* | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>Reed R. Kathrein (admitted *Pro Hac Vice*)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br>reed@hbsslaw.com<br><br>*Lead Counsel for the Class* |

*[Additional Counsel Appear on Signature Page]*

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 114), on January 19, 2023, at 11:00 a.m., Lead Plaintiff Sensung Tsai ("Lead Plaintiff")[1] will move this Court, the Honorable Katharine S. Hayden, United States District Judge of the United States District Court for the District of New Jersey, via Zoom hearing, for entry of an order granting final approval of the proposed class action Settlement, approving the Plan of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Reed R. Kathrein and exhibits attached thereto, all filed contemporaneously herewith, the pleadings and records on file in this Action, and such further argument and briefing as may be presented at or before the Settlement Hearing. In the event that there are requests for exclusions or objections received after the date of this filing,[2] Lead Plaintiff will address those in his reply.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 13, 2022 (the "Stipulation") (ECF No. 113-2).

[2] The deadline for objections and exclusions is December 29, 2022.

DATED: December 21, 2022         Respectfully submitted,

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

By: /s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Liaison Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (admitted *Pro Hac Vice*)
Lucas E. Gilmore
Wesley A. Wong (admitted *Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (admitted *Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

/s/ *Bruce D. Greenberg*
Bruce D. Greenberg

- 3 -